**Electronically Filed**
**Supreme Court**
**SCPW-22-0000178**
**07-JUN-2022**
**12:17 PM**
**Dkt. 9 OGP**

SCPW-22-0000178

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SALLY WHAT, aka Shawn Fabio, Petitioner

vs.

THE HONORABLE CHRISTINE E. KURIYAMA,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(Case No. 1PC111001135)

ORDER GRANTING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Sally What's, aka Shawn Fabio's, petition for a writ of mandamus and respondent State of Hawaiʻi's answer,

It is ordered that the petition for a writ of mandamus is granted. The respondent judge shall:

1.    Vacate the Amended Order Revoking Conditional Release, filed on January 20, 2022.

2.   Hold the evidentiary hearing required by HRS § 704-413(4).

DATED: Honolulu, Hawai'i, June 7, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins